**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X 2nd ____________ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____________ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: JOHN KARABOURNIOTIS JOINT DEBTOR: CASE NO.: 16-17259
Last Four Digits of SS# 8279 Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $295.63 for months 1 to 36; in order to pay the following creditors:

Administrative: Attorney's Fee - TOTAL $3650.00 ($3500 Atty Fees & $150 Costs)
TOTAL PAID $1500.00 Balance $2150.00
Payable $268.75 mos 1-8

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: none

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | ___ To ___ | |

Priority Creditors: NONE

Unsecured Creditors: Pay $268.75/month (Months 9 to 60) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. ***Debtor to pay 100% of unsecured claims.***

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the plan. In the event the Debtor's income or tax refund increases, Debtor shall increase the payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims

Other Provisions Not Included Above: Debtor to pay Santander Consumer- 8786 outside the Plan. Debtor to surrender property located at 9334 SW 1 St., Plantation FL 33324 to Wells Fargo-4540 & 1998.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Susan Lasky
_______________________________ _______________________________
Debtor Joint Debtor

Date: October 19, 2016